RECEIVED
IN LAKE CHARLES, LA

SEP 2 5 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LARRY TOLLIVER | : | DOCKET NO. 2:09-CV-313 |
| VS. | : | JUDGE MINALDI |
| U-HAUL INTERNATIONAL, INC., ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's claims against all defendants be DISMISSED WITHOUT PREJUDICE in accordance with LR 41.3W.

Lake Charles, Louisiana, this 25 day of September, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE