# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LARRY TOLLIVER** | : | **DOCKET NO. 2:09-cv-0313** |
| **VERSUS** | : | **JUDGE JAMES** |
| **U-HAUL CO. OF TEXAS, INC.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Leave to File an Amended Intervenor Complaint [doc. 211] be **DENIED**.

All other claims and parties in the above captioned matter have been previously dismissed by the Court. The Clerk of Court is instructed to close this case.

**THUS DONE AND SIGNED** in Chambers this 19th day of June, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE